FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENA VALDIVIA,<br><br>                      Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                      Defendant. | NO: 1:25-cv-03137-RLP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

    BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 14. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

    1. Defendant's Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

    2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

3. Upon remand, the Administrative Law Judge shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 12**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** December 29, 2025.

REBECCA L. PENNELL
United States District Judge