AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2025

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

LORENA VALDIVIA

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:25-cv-03137-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Court Order at ECF No. 15, Defendant's Stipulated Motion for Remand, ECF No. 14, is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Opening Brief, ECF No. 12, and the hearing and remaining briefing schedule are VACATED as moot.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Rebecca L. Pennell.

Date:   12/29/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*